UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-190 |
| v. | * | SECTION: "J" |
| TORRIE BRUMFIELD | * | |

\* \* \*

## MOTION TO VACATE PLEA AGREEMENT AND TO DISMISS SUPERSEDING BILL OF INFORMATION AND FOR EXPEDITED HEARING

NOW INTO COURT comes the United States of America, appearing through the undersigned Assistant United States Attorneys, who move the Court to vacate the plea agreement between the government and defendant, **TORRIE BRUMFIELD**, as well as to dismiss the superseding bill of information that was part-and-parcel of the plea agreement, for the reasons set forth in the memorandum accompanying this motion.

Furthermore, the United States moves for an expedited hearing on this motion.

Respectfully submitted,
DANA J. BOENTE
UNITED STATES ATTORNEY

/s/ John F. Murphy
JOHN F. MURPHY
MICHAEL E. McMAHON
Assistant United States Attorneys
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3000

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                                   /s/ John F. Murphy
                                                   JOHN F. MURPHY
                                                   Assistant United States Attorney